**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Keon Frank aka Keon M. Frank, aka Keon Michael Frank | CHAPTER 13 |
| Debtor(s) | BKY. NO. 20-12544 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HomeBridge Financial Services, Inc. and index same on the master mailing list.

                                                              Respectfully submitted,
                                                              **/s/ Rebecca A. Solarz Esquire**
                                                               Rebecca A Solarz, Esquire
                                                               Kevin G. McDonald, Esquire
                                                               KML Law Group, P.C.
                                                               701 Market Street, Suite 5000
                                                               Philadelphia, PA 19106-1532
                                                               (215) 627-1322