### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 13

KEON FRANK                                      : CASE NO. 20-12544-AMC

### AMENDED ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Application") and upon the Application's certification that proper service has been made on all interested parties and upon the Application's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. § 507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$2,000.00** which was paid by the Debtor(s) prepetition, to the extend such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: _____        _____
                            ASHELY M. CHAN
                            UNITED STATES BANKRUPTCY JUDGE