UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Keon Frank<br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-12544-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 2nd day of September, 2020, by first class mail upon those listed below:

Keon Frank
3812 Dresher Road
Bensalem, PA  19020-1420

**Electronically via CM/ECF System Only:**

McCULLOUGH EISENBERG LLC
C/O CAROL B McCULLOUGH ESQ
WARMINSTER CORPORATE CENTER
65 W STREET RD   SUITE  A-204
WARMINSTER, PA  18974-3229

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee