# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keon Frank aka Keon M. Frank, aka Keon Michael Frank<br><br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| HomeBridge Financial Services, Inc. , its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs. | NO. 20-12544 AMC |
| Keon Frank aka Keon M. Frank, aka Keon Michael Frank<br>　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of HomeBridge Financial Services, Inc. , which was filed with the Court on or about **August 5, 2020, docket number 17**.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　Attorney for Movant/Applicant

September 3, 2020