| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12544-AMC

Keon Frank  
3812 Dresher Road  
Bensalem  PA   19020-1420

Petition Filed Date: 06/05/2020  
341 Hearing Date: 07/10/2020  
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/13/2020 | $358.00 | | 08/19/2020 | $358.00 | | 09/25/2020 | $358.00 | |
| 10/26/2020 | $358.00 | | 11/23/2020 | $738.48 | | 01/08/2021 | $738.48 | |
| 02/09/2021 | $738.48 | | 03/08/2021 | $738.48 | | 04/07/2021 | $738.48 | |
| 05/07/2021 | $738.48 | | 06/08/2021 | $738.48 | | | | |

**Total Receipts for the Period: $6,601.36    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,601.36**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCULLOUGH EISENBERG LLC | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $758.03 | $0.00 | $758.03 |
| 2 | CAPITAL ONE AUTO FINANCE »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AM EXP TRAVEL REL SERVICES CO »» 003 | Unsecured Creditors | $2,119.52 | $0.00 | $2,119.52 |
| 4 | ORION PORTFOLIO SERVICES LLC »» 004 | Unsecured Creditors | $697.77 | $0.00 | $697.77 |
| 5 | FREEDOM MORTGAGE CORPORATION »» 005 | Mortgage Arrears | $36,870.82 | $3,398.12 | $33,472.70 |

**Chapter 13 Case No. 20-12544-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,601.36 | Current Monthly Payment: | $738.48 |
| Paid to Claims: | $5,398.12 | Arrearages: | $1,141.44 |
| Paid to Trustee: | $538.61 | Total Plan Base: | $43,189.84 |
| Funds on Hand: | $664.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.