# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keon Frank aka Keon M. Frank, aka Keon Michael Frank<br>　　　　　　　　　Debtor(s) | Chapter 13 |
| Freedom Mortgage Corporation<br>　　　　　v.<br>Keon Frank aka Keon M. Frank, aka Keon Michael Frank<br>　　　　　and<br>Scott F. Waterman<br>　　　　　　　　　Trustee | NO. 20-12544 AMC |

## ORDER

AND NOW, this ____ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on March 16, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Freedom Mortgage Corporation and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 3812 Dresher Road Bensalem, PA 19020.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 22, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Keon Frank aka Keon M. Frank, aka Keon Michael Frank
3812 Dresher Road
Bensalem, PA 19020

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Carol B. McCullough, Esq.
65 West Street Road
Suite A-204
Warminster, PA 18974

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532