United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keon Frank  
    Debtor

Case No. 20-12544-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 22, 2021      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Keon Frank, 3812 Dresher Road, Bensalem, PA 19020-1420 |
| 14508906 | | American Express, c/o Nationwide Credit, Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 14519937 | | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14512247 | + | Capital One Auto Finance, PO BOX 4350, Houston TX 77210-4350 |
| 14522913 | + | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14602707 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14513782 | + | HomeBridge Financial Services, Inc., c/o KML Law Group, 701 Market Street; Suite 5000, Philadelphia, PA 19106-1541 |
| 14514138 | + | HomeBridge Financial Services, Inc., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14521785 | + | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14508909 | | homebridge Financial Services, c/o KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 22 2021 23:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 22 2021 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 22 2021 23:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14508907 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Sep 22 2021 23:23:59 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14510201 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 22 2021 23:24:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14512033 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 22 2021 23:24:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14510345 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 22 2021 23:24:01 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14508908 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 22 2021 23:23:58 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14511061 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 22 2021 23:23:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14511443 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 22 2021 23:24:01 | Capital One Bank USA,NA, PO BOX 71083, Charlotte NC 28272-1083 |
| 14508910 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 22 2021 23:17:00 | Indigo/celtic bank, 15220 NW Greenbrier Pkwy Ste 200, Beaverton, OR 97006-5762 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14620270 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 22 2021 23:24:01 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14521484 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 22 2021 23:24:01 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14620530 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 22 2021 23:23:59 | Orion(Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14508905 | | 20-12544 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Keon Frank mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HomeBridge Financial Services Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Keon Frank<br><br>               Debtor | Chapter 13<br><br>Bankruptcy No. 20-12544-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 22, 2021**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE